MINUTE ENTRY
FALLON, J.
NOVEMBER 4, 2020

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

ROKEDRICK WILLIBY .          CIVIL ACTION

VERSUS                                              NO. 19-13357

NATIONAL CASUALTY COMPANY, ET AL          SECTION: L (4)

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Nichelle Wheeler

Appearances:  Gerald Adam Savoie, Esq. and Ryan Gaudet, Esq. for Plaintiff
              Kimberly Anderson, Esq. and Sandra Marquez, Esq. for Defendants

Motion hearing was held via Zoom

In Limine Motion of Plaintiff, Rokedrick Williby, to Exclude Crush Analysis and Daubert
Motion to Exclude Testimony of Joseph Cormier, Ph.D.  (37)

After argument – motion was DENIED, with the Court's written reasons to follow.

JS10:  :35